Henry Clausen, minor, by his father and next best friend, Harry Clausen, appellant, v. Albert Varrin and Augusta Varrin, appellees. Gen. No. 39,706.

642

Opinion filed
December 6, 1937.

Stearns & Jones, for appellant; Lloyd M. McBride, of counsel. Guy M. Blake, for appellees.

Mr. Justice Matchett delivered the opinion of the court.